IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Arias, Rosemary

Printed: 9/23/08

Case Number: 05 B 11665
Judge: Goldgar, A. Benjamin
Filed: 3/30/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: June 6, 2008
Confirmed: May 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 21,446.21 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 17,749.42 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 936.99 |
| Other Funds: |  | 2,759.80 |
| Totals: | 21,446.21 | 21,446.21 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | MB Financial | Secured | 0.00 | 0.00 |
| 2. | MB Financial | Secured | 0.00 | 0.00 |
| 3. | MB Financial | Secured | 18,815.84 | 0.00 |
| 4. | MB Financial | Secured | 8,749.31 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 1,399.36 | 13,993.61 |
| 6. | Asset Acceptance | Unsecured | 166.13 | 1,661.34 |
| 7. | Chester Boruk Ind & DBA | Unsecured | 144.14 | 1,441.37 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 6.00 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 221.45 | 653.10 |
| 10. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 11. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 12. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 13. | Fingerhut | Unsecured |  | No Claim Filed |
| 14. | First Premier | Unsecured |  | No Claim Filed |
| 15. | TCF Bank | Unsecured |  | No Claim Filed |
| 16. | Verizon Wireless | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 29,502.23 | $ 17,749.42 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 68.24 |
| 5.5% | 247.44 |
| 5% | 100.62 |
| 4.8% | 179.97 |
| 5.4% | 288.15 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Arias, Rosemary

Printed: 9/23/08

Case Number: 05 B 11665
Judge: Goldgar, A. Benjamin
Filed: 3/30/05

                6.5%           52.57
                          _____
                         $ 936.99

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

